# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** Roulet, Larry M.
Roulet, Michele M.

**CHAPTER 7 BANKRUPTCY CASE NO: 07-34186**

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Travel Related Services Co, Inc c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | 10 | $22.77 | $ .81 |

Date: November 10, 2009

/e/ Terri A. Running
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5